928

No. 1571. ANDERSON FEDERATION OF TEACHERS, LOCAL 519 v. SCHOOL CITY OF ANDERSON ET AL. Sup. Ct. Ind. Certiorari denied.

No. 1573. METROPOLITAN LIFE INSURANCE CO. v. EDWARDS ET AL. Super. Ct. Pa. Certiorari denied.

No. 1585. IZZI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1592. WOODSON, TRUSTEE IN BANKRUPTCY v. GILMER. C. A. 4th Cir. Certiorari denied.

No. 1601. RILEY ET UX. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 1606. HARSH INVESTMENT CORP. v. DANNING, RECEIVER. C. A. 9th Cir. Certiorari denied.

No. 1638. COPPOLA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 18. MCLAURIN v. BURNLEY. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1619. VASILJ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1618. CURRAN ET AL. v. MORRISSEY ET AL. C. A. 2d Cir. Motion to defer consideration of petition for certiorari denied. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted.